# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

KAZ MIKOL-CHARLS CATALANO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1315

————————————————

April 8, 2026

Appeal from the Circuit Court for Manatee County; Stephen M. Whyte, Judge.

W. Charles Fletcher, Jacksonville, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.